JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Nevada Bar Number 16724
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
david.kiebler@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>XIAOFEI CHEN,<br><br>                Defendant. | Case No. 2:24-mj-896-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

      The United States of America, by and through Assistant U.S. Attorney David Kiebler, respectfully moves, pursuant to Local Rule IA 11-3, that Sarah William, Senior Trial Attorney, Edward Emokpae, and Scott B. Dahlquist, Trial Attorneys, all with the Consumer Protection Branch of the Civil Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

      Ms. Williams is a member in good standing of the bar of the District of Columbia. Mr. Emokpae is a member in good standing of the bar of the State of Maryland. Mr. Dahlquist is a member in good standing of the bar of the State of Virginia. They are employed by the United States as attorneys, and, in the course and scope of their employment, they have occasion to appear before the Court on behalf of the United States

in connection with the above-captioned matter.

Contact information is provided below:

| | |
|---|---|
| Sarah Williams | Edward E. Emokpae |
| Senior Trial Attorney | Trial Attorney |
| U.S. Department of Justice | U.S. Department of Justice |
| Consumer Protection Branch | Consumer Protection Branch |
| P.O Box 386 | P.O Box 386 |
| Washington DC 20044 | Washington DC 20044 |
| Tel: 202-616-4269 | Tel: 202-305-4923 |
| Email: sarah.williams@usdoj.gov | Email: Edward.e.emokpae@usdoj.gov |

Scott B. Dahlquist
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington DC 20044
Tel: 202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Dated: October 30, 2024

Respectfully submitted,

/s/ David Kiebler
David Kiebler
Assistant United States Attorney

IT IS SO ORDERED:

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2024